[No. 26720-9-II. Division Two. March 8, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CASH BRAIDY KNOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-1-01095-6, Leonard W. Costello, J., entered November 17, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton and Bridgewater, JJ.

[No. 26785-3-II. Division Two. March 8, 2002.]

THE STATE OF WASHINGTON, *Appellant*, v. DANIEL S. HOWARD, SR., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-02227-2, Brian M. Tollefson, J., entered November 9, 2000. *Reversed* by unpublished opinion per Armstrong, C.J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 26860-4-II. Division Two. March 8, 2002.]

SHIRLEY A. VERHAAREN, *Appellant*, v. GRENVIL JONES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-3-03438-7, Joe M. Quaintance, J. Pro Tem., entered December 20, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 26865-5-II. Division Two. March 8, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. STUART JEFFREY HARRIS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-8-02328-3, Thomas Felnagle, J., entered January 5, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton and Bridgewater, JJ.